UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CODY ADAM BAKER, | ) |
| | ) |
| Plaintiff, | ) No. 2:21-cv-230-TLF |
| | ) |
| v. | ) ORDER |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

THIS MATTER having been brought before this Court upon Plaintiff's Motion for Equal Access to Justice Act attorneys' fees and expenses, and the Court having fully considered this matter:

IT IS HEREBY ORDERED, that Plaintiff's Motion is Granted and Plaintiff is awarded attorneys' fees in the amount of $7,940.21 and reimbursement of expenses in the amount of $5.12 for a total of $7,945.33 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).  The check(s) shall be mailed to Plaintiff's attorney's office: Robey Namba, P.S., 1414 F Street, Bellingham, WA 98225.  If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, the check for EAJA fees shall be made

ORDER - 1

payable to Robey Namba, P.S. based upon Plaintiff's assignment of these amounts to Plaintiff's attorney, as evidenced in Plaintiff's Motion.

DATED this __21__ day of _____March_____, 2022.

*Theresa L. Fricke*

THERESA L. FRICKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2